UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PABLO M.C.[1],

                Petitioner,

        v.

WARDEN, CALIFORNIA CITY
DETENTION FACILITY,

                Respondent.

Case No.  1:26-cv-3845-TLN-JDP

(A# 205-313-063)

**ORDER**

Petitioner, a *pro se* immigration detainee, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On June 12, 2026, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 10.)  Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

---

[1]     The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed June 12, 2026 (ECF No. 10) are adopted in full;

2.  The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3.  Respondent's motion to dismiss (ECF No. 8) is DENIED;

4.  Respondent shall IMMEDIATELY RELEASE Petitioner (A# 205-313-063) from custody;

5.  Respondent must file a **notice of compliance** that Petitioner has been released, **within two (2) court days** of the date of this Order;

6.  Respondent is ENJOINED AND RESTRAINED from re-detaining Petitioner unless it obtains a travel document for his removal and follows all procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures; and

7.  The Clerk of Court is directed to serve **California City Detention Facility** with a copy of this Order, enter judgment in favor of Petitioner, and close this case.

IT IS SO ORDERED.

Date: June 24, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE